**LMH**

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy Echols, Jr., | No. CV 05-1739-PHX-MHM (MEA) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| Maricopa County Board of Supervisors, et al. | |
| Defendants. | |

Plaintiff, formerly confined in the Durango Jail, has filed with the Clerk of Court a *pro se* Complaint pursuant to 42 U.S.C. § 1983. Plaintiff has also filed an application to proceed *in forma pauperis* by a prisoner. The Court will deny the application without prejudice.

**A.  Procedural Background.**

The filing fee for a civil rights action is $250.00. For prisoners who are granted the privilege of proceeding *in forma pauperis*, the fee must be paid incrementally according to a statutory formula. See 28 U.S.C. § 1915(b). To apply to proceed *in forma pauperis*, a prisoner must submit a trust account statement that covers the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

Shortly after filing his complaint and request to proceed *in forma pauperis*, Plaintiff filed a notice of a change of address. He states that he has been released from incarceration. See Dkt. #4. Because Plaintiff has been released from jail, his inmate trust account is no

**JDDL**

1 longer in existence and there is no account from which the filing fee could be collected.
2 Accordingly, his request to proceed *in forma pauperis* by a prisoner is now moot and will be
3 denied without prejudice.

4 **B.     Payment of the Fee.**

5      The $250.00 civil action filing fee is now due. The Court will require Plaintiff, within
6 30 days, to either pay the fee in whole or to show good cause in writing why he is unable to
7 pay the fee. If Plaintiff chooses to show good cause, he must explain in writing under oath
8 why he is unable to pay. See also 28 U.S.C. § 1746 (the oath requirement may be satisfied
9 when a person declares under penalty of perjury that the submission is true and correct, and
10 signs and dates the statement). This statement must include a description of his financial
11 status. To assist Plaintiff in meeting this requirement, he should also file a new request to
12 proceed *in forma pauperis* by a *nonprisoner*, which contains an affidavit of indigence. A
13 form for applying to proceed *in forma pauperis* by a nonprisoner is attached to this Order
14 for Plaintiff's convenience.

15 **C.     Warning of Possible Dismissal Pursuant to Rule 41.**

16      Plaintiff should take notice that if he fails to timely comply with every provision of
17 this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule
18 41(b) of the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258 (9th
19 Cir.) (district court may dismiss action for failure to comply with any order of the court), cert.
20 denied, 506 U.S. 915 (1992).

21

22 **IT IS THEREFORE ORDERED:**

23      (1) That Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **denied**
24 without prejudice as moot;

25      (2) That Plaintiff shall have **30 days** from the date this Order is filed to either (a) pay
26 the $250.00 filing fee or (b) to reapply to proceed *in forma pauperis* as a nonprisoner and
27 show good cause in writing why he is unable to pay;

28

(3)  That the Clerk of Court is directed to enter dismissal of this action without prejudice and without further notice to Plaintiff if Plaintiff fails to file a response to this Order within 30 days of the date this Order is filed;

(4)  That the Clerk of Court is directed to send Plaintiff a "Motion to Proceed *In Forma Pauperis* and Supporting Information" for a nonprisoner.

DATED this 20th day of October, 2005.

*[signature]*
Mary H. Murguia
United States District Judge

Name
Address
City, State, Zip
Telephone number

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

|   |   |   |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | CV |
| vs. | ) ) ) ) ) | **MOTION TO PROCEED IN FORMA PAUPERIS and SUPPORTING INFORMATION** |
| Defendant. | ) ) ) | |

    I, _____, declare that I am the Plaintiff in this action; that I hereby request to proceed without being required to prepay fees, costs or give security therefore. I state that, because of my poverty, I am unable to pay the fees of said proceeding; that I believe I am entitled to relief.

In further support of this application, I answer the following questions:

1.    Are you presently employed?                                    Yes    No

    a.    If the answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.


    b.    If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2. Is your spouse employed? Yes    No

3. Have you received within the past twelve months any money from any of the following sources?

    a. Business or other form of self employment    Yes    No

    b. Rent payments, interest or dividends    Yes    No

    c. Pensions, annuities or life insurance payments    Yes    No

    d. Gifts or inheritances    Yes    No

    e. Any other sources    Yes    No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

4. Do you own any cash, or do you have money in checking or savings accounts? If the answer is "yes", what is the amount of money you own in cash _____, checking account _____, savings account _____.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding household furnishing and clothing)? Yes    No
If the answer is "yes", describe and give estimated value of each.

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute towards their support.

I declare under penalty of perjury that the forgoing is true and correct.

    DATED this ___ day of _____, 200__.

_____
Your signature in ink
_____
Your name typed or printed
_____
Address
_____
Telephone Number